**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BOLLARD & ASSOCIATES, INC. | : | No. 70 MAL 2020 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| PA ASSOCIATES, ROBERT A. ROSIN, | : | |
| ESQ., GARY SCHMIDT, AND HARRY | : | |
| SCHMIDT | : | |
| | : | |
| | : | |
| PETITION OF: ROBERT A. ROSIN, ESQ. | : | |

<u>**ORDER**</u>

**PER CURIAM**

    **AND NOW**, this 16th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.